USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH ADAMS,

                Petitioner,

    v.

UNITED STATES OF AMERICA,

                Respondent.

08 Civ. 1194 (RO)

**ORDER**

OWEN, District Judge:

    *Pro se* Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 on February 5, 2008 seeking to have his sentence of supervised release vacated, set aside, or corrected. Petitioner was sentenced on May 10, 2005, after entering a guilty plea to four counts of armed bank robbery and one count of conspiracy to commit bank robbery.

    Magistrate Judge Lisa Margaret Smith issued a Report and Recommendation on July 12, 2010, recommending that the petition be dismissed as time-barred, and noting that nothing in the record supports equitable tolling of the statute of limitations. Petitioner did not file an objection to the Report and Recommendation. This case was thereafter transferred to this Court.

    The Court concurs with the Report and Recommendation of Magistrate Judge Smith, and hereby adopts it, in its entirety, as the Order of this Court. Accordingly, the petition is hereby dismissed.

SO ORDERED.

September 22, 2011

_____
RICHARD OWEN
UNITED STATES DISTRICT JUDGE